UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONTE MARKELL HENRY,<br><br>Plaintiff,<br><br>v.<br><br>DEPUTY GRIFFIN, et al.,<br><br>Defendants. | Case No. 5:25-cv-00361-VBF-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Order Re Complaint (Dkt. 4), and the Report and Recommendation of the magistrate judge (Dkt. 11, "Report"). Plaintiff did not file any timely objection to the Report or timely seek additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: August 7, 2025                    /s/ Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
United States District Judge