JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DONTE MARKELL HENRY, | Case No. 5:25-cv-00361-VBF-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| DEPUTY GRIFFIN, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED with prejudice.

Dated: August 8, 2025

/s/ Valerie Baker Fairbank
_____
VALERIE BAKER FAIRBANK
United States District Judge